# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| B&W Fiber Glass, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00306-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Kerns Trucking, Inc. | ) | |
| Express Brokerage, Inc. | ) | |
| ELE Logistics, Inc. | ) | |
| PL Trucking, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

A default judgment is hereby ENTERED in favor of the Plaintiff B&W Fiber Glass, Inc. and against the Defendant PL Trucking, LLC in the principal amount of $21,060.74, plus prejudgment interest (calculated at a rate of 3.5% simple interest from October 19, 2015 to the date of the entry of judgment) and costs.

August 30, 2017

Frank G. Johns, Clerk
United States District Court